UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE ANTONIO,<br><br>       Plaintiff,<br><br>    v.<br><br>SHAFIQ MUHAREB;<br>TAGHRID MUHAREB;<br>THE WAFFLE SHOP, INC., a California Corporation; and Does 1-10,<br><br>       Defendants. | Case: 2:14-CV-01278-JAM-CKD<br><br>**NOTICE OF DISMISSAL & ORDER THEREON** |

# **ORDER**

Having read the foregoing notice and good cause appearing therefore, Defendants SHAFIQ MUHAREB and TAGHRID MUHAREB are hereby ordered dismissed without prejudice.

Dated: 3/10/16

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE