UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felipe Antonio,<br><br>    Plaintiff,<br><br>  v.<br><br>Shafiq Muhareb;<br>Taghrid Muhareb;<br>The Waffle Shop, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01278-JAM-CKD<br><br>[ |

## **ORDER**

In light of the dismissal of Defendants Shafiq Muhareb and Taghrid Muhareb and the clerk's Entry of Default against remaining Defendant The Waffle Shop, Inc. on March 10, 2016, the Pre-Trial Conference presently scheduled for April 15, 2016 and the Trial presently scheduled for June 27, 2016 are hereby vacated. The Motion for Default Judgment hearing set for April 27, 2016 at 10:00 am. shall remain of on calendar.

Dated: 4/6/2016      /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE