# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE ANTONIO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**THE WAFFLE SHOP, INC.,** et al.,<br><br>　　　　Defendants. | Case No.: 2:14−CV−01278−JAM−CKD<br><br>**ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION** |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that plaintiff's request (ECF No. 34) is granted and the Debtor Examination RE: Enforcement of Judgment of Shafiq Muhareb, Agent The Waffle Shop, Inc., is continued to February 1, 2017 at 10:00am in Courtroom 24, 501 I Street, Sacramento, CA 95814.  Plaintiff shall serve a copy of this order to the judgment debtor.

IT IS SO ORDERED.

Dated:  November 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams　　　　-1-