# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE ANTONIO,**<br><br>    Plaintiff,<br><br>    v.<br><br>**THE WAFFLE SHOP, INC.,** et al.,<br><br>    Defendants. | Case No.: 2:14−CV−01278−JAM−CKD<br><br>**ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR'S EXAMINATION**<br><br>Date : 2/1/2017<br>Time: 10:00 am<br>Court: 501 I Street, Sacramento, CA<br>          Courtroom 24 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Shafiq Muhareb, Agent The Waffle Shop, Inc., is continued to May 17, 2017 at 10:00am in Courtroom 24, 501 I Street, Sacramento, CA 95814..

IT IS SO ORDERED.

Dated:  January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams            -1-