# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE ANTONIO,**<br><br>Plaintiff,<br><br>v.<br><br>**THE WAFFLE SHOP, INC.,** et al.,<br><br>Defendants. | Case No.: 2:14−CV−01278−JAM−CKD<br><br>**ORDER ON REQUEST FOR CONTIUNANCE OF DEBTOR'S EXAMINATION**<br><br>Date : 5/17/2017<br>Time: 10:00 am<br>Court: 501 I Street, Sacramento, CA<br>　　　　Courtroom 24 |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Shafiq Muhareb, Agent The Waffle Shop, Inc., is continued to August 23, 2017 at 10:00am in Courtroom 24, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: May 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request to Continue Debtor's Exams　　　　-1-